| Attorney or Party without Attorney:<br>ROBERT  MOLL, Bar #134257<br>Law Offices Of: ROBERT MOLL<br>500 CATHEDRAL DR., P.O. BOX 575<br>APTOS, CA  95001<br>Telephone No: 650-888-3093 | | *For Court Use Only* |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court, Northern District Of California

Plaintiff: DONALD J. CHRISTIAN

Defendant: GEORGE M. BETAK

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:24-CV-01867-TSH |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Civil Complaint For Damages And Injunctive Relief; Civil Cover Sheet; Order Setting Intial Case Management Conference And Adr Deadlines; Consent Or Declination  To Magistrate Judge Jurisdiction; Plaintiff Donald J. Christian's Certificate Of Interested Entities Or Persons Pursuant Civil L.R. 3-15; Notice Of A Lawsuit And Request To Waive Service Of Summmons; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent Or Declination To Magistrate Judge Jurisdiction; Standing Order For All Judges; Discovery Standing Order For Magistrate Judge Thomas S. Hixson; Standing Order For Magistrate Judge Thomas S. Hixson; Waiver Of The Service Of Summons

3. a. Party served:
   b. Person served:

   GEORGE M. BETAK
   FRANCIS WONG-ASSOCIATE ATTORNEY-AUTHORIZED TO ACCEPT
   SERVICE ON BEHALF OF JOSEPH TROJAN-OPPOSING COUNSEL

4. Address where the party was served:

   9250 WILSHIRE BLVD., SUITE 325
   BEVERLY HILLS, CA  90212

5. I served the party:
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Apr. 18, 2024 (2) at: 12:37PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. CHRISTOPHER  DEMIRDJIAN
   b. **SKIP-N-SERVE**
   P.O. BOX 6848
   San Pedro, CA  90734
   c. (310) 831-1160, FAX (310) 833-7240

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d.  *The Fee for Service was:*    $136.00
   e.  I am: (3)  registered California process server
       (i)   Owner
       (ii)  Registration No.:   4159
       (iii) County:   Los Angeles
       (iv)  Expiration Date:   Sat, Jul. 05, 2025

8.  **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

   **Date:  Thu, Apr. 18, 2024**

PROOF OF SERVICE
SUMMONS IN A CIVIL

(CHRISTOPHER  DEMIRDJIAN)
17679   .mollrob.17407