GRELLAS SHAH LLP
DHAIVAT H. SHAH, ESQ. (SBN 196382)
(ds@grellas.com)
DAVID I. SIEGEL, ESQ. (SBN 264247)
(dsiegel@grellas.com)
VIVI T. LEE, ESQ. (SBN 247513)
(vl@grellas.com)
20400 Stevens Creek Blvd, Suite 280
Cupertino, CA 95014
Telephone: (408) 255-6310
Facsimile: (408) 418-2536

Attorneys for Defendant
GEORGE M. BETAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONALD J. CHRISTIAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GEORGE M. BETAK,<br><br>　　　　　Defendant. | Case No.: 3:24-cv-01867-TSH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GEORGE M. BETAK'S MOTION TO DISMISS COMPLAINT**<br><br>Hearing Date:　June 27, 2024<br>Time:　　　　　10:00 a.m.<br>Judge:　　　　Thomas S. Hixson<br>Courtroom:　　E - 15th Floor<br><br>Date Action Filed: March 25, 2024 |

     Before the Court is defendant George M. Betak's ("Betak") Motion to Dismiss. Having considered the papers submitted in support of and in opposition to the motion, the relevant law, all documents and pleadings on file with the Court in this matter, and the arguments of counsel, the Court GRANTS Betak's motion.

     The Court finds that plaintiff Donald J. Christian's Civil Complaint for Damages and Injunctive Relief (the "Complaint") and each count alleged therein fails to state facts sufficient to state a claim for relief.  The Court further finds that further amendment would be futile.

     Accordingly, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Court hereby dismisses the Complaint and each count alleged therein with prejudice and without leave to amend.

**IT IS SO ORDERED.**

Dated: _____

                                        _____
                                        THOMAS S. HIXSON
                                        United States Magistrate Judge

GRELLAS SHAH LLP
20400 STEVENS CREEK BLVD, SUITE 280
CUPERTINO, CA 95014